UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARLON GIBSON,<br><br>         Plaintiff,<br><br>    -against-<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK; DENIS KORE; KELLIE BROWN; THERESSA TODMANN,<br><br>         Defendants. | 25-CV-3156 (JLR)<br><br>ORDER OF SERVICE |

JENNIFER L. ROCHON, United States District Judge:

  Plaintiff, who is proceeding *pro se*, brings this action alleging that his employer discriminated against him on the basis of his race. On April 23, 2024, Plaintiff filed an amended complaint. The Court construes the amended complaint as asserting claims under Title VII of the Civil Rights Act of 1964 and claims under the New York City and State Human Rights Laws. By order dated May 16, 2025, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.

## DISCUSSION

  Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the amended complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendants Trustees of Columbia University, Denis Kore, Kellie Brown, and Theressa Todmann through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each defendant. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon each defendant.

If the complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is directed to issue a summons for each defendant, complete the USM-285 form with the address for each defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is also directed to mail an information package to Plaintiff.

SO ORDERED.

Dated:   May 20, 2025
         New York, New York

_____
JENNIFER L. ROCHON
United States District Judge

2

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. Trustees of Columbia University in the City of New York
   Office of the General Counsel
   Columbia University
   412 Low Memorial Library
   535 West 116th Street
   New York, NY 10027

2. Denis Kore
   Resident Manager/Superintendent
   601 W. 115th Street
   New York, NY 10027

3. Kellie Brown
   Human Resources Director
   420 W. 114th Street
   New York, NY 10027

4. Theressa Todmann
   420 W. 114th Street
   New York, NY 10027