**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MARLON GIBSON,

                       Plaintiff,

       -against-                                 25 **CIVIL** 3156 (JLR)

                                                 **JUDGMENT**

THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK, DENIS KORE,
KELLIE BROWN, and THERESSA TODMANN,

                       Defendants.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated January 15, 2026, Defendants' motion to dismiss is

GRANTED, and Plaintiff's Amended Complaint is dismissed; accordingly, the case is closed.

**Dated:** New York, New York

     January 20, 2026

                                        **TAMMI M. HELLWIG**

                                        **Clerk of Court**

                     **BY:**

                                        **Deputy Clerk**